No. 89–7280.  GOLUB v. IBM CORP.; GOLUB v. ERNST & WHINNEY ET AL.; GOLUB v. WEINER & CO.; and GOLUB v. UNIVERSITY OF CHICAGO.  C. A. 2d Cir.  Motion of petitioner to defer consideration of the petition for writ of certiorari denied.  Certiorari denied.  JUSTICE BLACKMUN and JUSTICE STEVENS took no part in the consideration or decision of this motion and this petition.